**FILED**

NOV 21 2016

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| In the Matter of the Search of Content and records relating to<br><br>United States Postal Service parcels addressed to "Matt Wight, 67 Park Dr., Clancy, MT 59634" | MJ 16- 50-GF-JTJ<br><br>**ORDER SEALING CASE** |
|---|---|

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it including the application, search warrant affidavit, and attachments filed herein are SEALED pending further Order of this Court.

DATED this 21 day of November, 2016

JOHN T. JOHNSTON
United States Magistrate Judge